NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CONAIR CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 987

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-1497, Judge Cynthia M. Rufe.

---

**ON PETITION**

Before RADER, *Chief Judge.*

**O R D E R**

Conair Corporation submits a petition for a writ of mandamus to vacate the May 12, 2011 order of the United States District Court for the Eastern District of Pennsylvania denying Conair's motion to dismiss Bruce A. Rogers' complaint and to direct the district court to dismiss the complaint.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Rogers is directed to respond no later than June 20, 2011.

(2) The order directing Conair to comply with Rogers' discovery requests shall remain stayed pending review of this petition.

FOR THE COURT

__JUN 0 3 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward T. Kang, Esq.
Joshua R. Slavitt, Esq.
Clerk, United States District Court for the Eastern District Of Pennsylvania

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 3 2011

JAN HORBALY
CLERK